# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Hafid McIntyre,

       Plaintiff,                         JUDGMENT IN A CIVIL CASE

vs.                                           3:10-cv-89-RJC

BAC Homes Loans Servicing, L.P.,
f/k/a Countrywide Home Loans Servicing, L.P.,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 4, 2010 Order.

                                             Signed: October 4, 2010

_____
Frank G. Johns, Clerk
United States District Court